September 6th, 2023

Re: Jamen Griffith

Dear Honorable Judge Olguin,

Jamen and I met and subsequently began dating in the Summer of '96, which essentially has been just over half of his life. With that being the case, I feel quite confident that I know him extremely well. There are three main characteristics, amongst others, that I feel embody him well, namely selflessness, patience, and leadership.

With regards to selflessness, he has always had an ability to put the interests of others before his own. One example that comes to mind is when our kids, Reagan and Riley, attended a K-12 school while in primary grades, and Jamen took it upon himself to step in and become an assistant coach with the varsity basketball team. At first, we thought it was going to be a few hours weekly, but it quickly turned into a part-time position where he spent close to 20 hours a week working with the team. He did such an amazing job, the school requested his return for the next two seasons. Secondly, he has always been the patriarch of the family. Given that I work as a NOC registered nurse, where my hours are Monday through Friday, 10pm to 6:30am, I do not have the ability to assist very much with the kids in the morning. Jamen has embraced this role by waking early to prepare meals (breakfast and lunch) and subsequently driving them to school. With our children having major food allergy complications, especially Riley, they are unable to consume most processed foods or even what they serve in the school cafeteria. That being said, Jamen prepares and cooks all our meals from scratch, which takes a great deal of time. In fact, he typically begins cooking dinner around 6pm so that we may sit down as a family by 7:30pm. If that isn't enough, he will subsequently clean up and have the kids in bed by 8:30pm. It is at this time, Jamen will go back to work for a couple of hours prior to turning it in for the night.

Jamen is also an incredibly patient individual, with an amazing ability to coach and mentor others. While nobody is perfect, he truly emulates this character when he works with the children on their school assignments/projects and preparing them for exams. He understands how important it is to listen, while providing guidance when appropriate. Riley, for the most part, while younger than Reagan, is fairly self-sufficient in his studies. He does a wonderful job in staying on top of his work. Reagan, on the other hand, can procrastinate on her studies which ultimately adds needless pressure. At which point, she'll request assistance from one of us to assist her in preparing for a test or a school assignment. As one can imagine, this can become frustrating, however, Jamen has always been able to calmly and patiently assist her in a manner that is productive and helpful.

Last, but certainly not least, ever since meeting Jamen in college, he has personified leadership qualities, whether it be on the court playing basketball, coaching sports, building and managing team members within his companies, mentoring his children, or a husband in our marriage.  He recognizes that leadership is not about being right or wrong, or even demonstrating power and strength.  Instead, he sees it as an opportunity to build strong and long lasting relationships with individuals.  He has an ability to connect with people in a way where they feel welcome to ask questions and make suggestions.  While, at times, he must make a decision for the benefit of the individual or team, he ensures that it's made in an inclusive manner.

While these qualities do not necessarily rid Jamen from any sort of involvement of what transpired with his company several years back, I do feel it's important for you to realize that he is an incredibly thoughtful, trustworthy, and wholesome individual who is the very thread that holds our family together.  Over the past 7+ years, ever since receiving that initial phone call from the government, I know his life has been severely impacted as he has constantly thought about the consequences of his wrongdoings.  One particular area that he has suffered dearly has been in the lack of involvement towards our church's international projects.  With the revocation of his passport, he has been precluded in volunteering his time for Homes of Hope, whereby a group travels to Mexico to construct brand new homes for the impoverished.  Events like these bring the very best out of Jamen, as he understands the importance of giving back to society.

I feel it's also worth mentioning that Jamen's mother was diagnosed with Parkinson's Disease roughly 3 years ago.  With the advanced progression of her illness, her mobility has diminished tremendously over the past 6 months.  Having been an incredible inspiration and mentor in his life, I know that spending as much time as possible with her prior to the disease completely taking over her body is of the utmost importance to him.

I truly hope you take in consideration Jamen's character and his model citizenship for most of his life when electing how to reprimand him.  Life would become incredibly difficult for our family, especially our kids, if he was unable to partake in the daily events that we have grown to depend on him for.

I thoroughly appreciate your time and consideration in this matter.


Respectfully yours,

*[signature]*

Johanna Joy Griffith

# DOUGLAS R. IRWIN & ASSOCIATES
### ATTORNEYS AT LAW

| | |
|---|---|
| 12555 HIGH BLUFF DRIVE, SUITE 305 | TEL 858.793.1010 |
| SAN DIEGO, CALIFORNIA 92130 | FAX 858.724.1919 |
| ADMIN@IRWINANDASSOCIATES.COM | WWW.IRWINANDASSOCIATES.COM |

February 9, 2023

RE: JAMEN GRIFFITH

To the Honorable Judge Olguin,

I hope this letter finds you in good health and spirits. I am writing to you today to express my support for Jamen Griffith.

I have had the pleasure of knowing Jamen since the fall of 2018. Our daughters attended the same school and we first met during a rowdy morning gathering of children. Over time, as our girls bonded over being the "new kids" in school, we got to know each other better and our families formed a close relationship.

In my time knowing Jamen, I have been consistently impressed by his character and his dedication to his family, his community, and his faith. He is a gregarious and confident individual who presents himself in a dependable manner. He is also a selfless person, who regularly dedicates his time to volunteering at the school, where he coaches and mentors young children through sports.

For example, despite what I know to be a busy schedule, he somehow found the time to volunteer hours each day to the school's varsity basketball team, even though his own children were not on that particular team. When questioned, he explained to me that it was his way to give back to the community and stay connected to a game he grew up with. To me, this is just one example out of many which demonstrates Jamen's truly kind, selfless and giving nature.

Given these traits, I was surprised to learn of the situation that has brought Jamen before your court. I strongly believe that he simply made a mistake and got caught up with the wrong people. He is a loving father and family man, and I believe that he is an asset to our community.

Please do not hesitate to reach out to me directly, as I would be happy to answer any questions you may have regarding my knowledge of Jamen and his character. I kindly request that you take my observations and my support for Jamen into consideration when making your decision in this matter.

Thank you for your time and consideration.

Regards,

Douglas R. Irwin
Attorney-at-Law



P.O. Box 9070, Rancho Santa Fe,
California, 92067

Phone: 858 381 8888
Web: www.horizonprep.org

10/19/23

To Whom It May Concern:

    My name is Matthew Roy, and I am the Assistant Athletic Director, Head Varsity Boys Basketball Coach, and School of Grammar Physical Education Instructor at Horizon Prep.  I have known Jamen Griffith professionally since 2018.  I supervised Mr. Griffith as he assisted as a volunteer coach both in our Little Lions athletic program, as well as a member of my coaching staff on the our Boys Varsity Basketball team.

    His Little Lions responsibilities included the basic instruction of flag football concepts, and skills to children in kindergarten through second grade. It was during this time that I observed his patience with younger children, and his passion to instill Godly character traits such as perseverance, hard work, sportsmanship, and joy into the children in his care.

    His assistant basketball responsibilities included coaching of the players, creating scouting reports, and the demonstration/instructions of a various drills and skills.  As an assistant, it is his job to make sure he understands our system, which originally was new to him, in order to help the players grow in their skills, and execute the gameplay given by me as the head coach.  During his time as my assistant, he grew greatly in his understanding of the game, and as a mentor of our young men.

    Good coaches are hard to come by, specifically volunteer coaches.  Jamen used his God-given gifts of encouragement, availability, and selflessness to the betterment of our team.  Jamen was loved by both coaches and players alike for his positive attitude, and willingness to do whatever it took to help make our team better.

    I recommend Jamen for any position or path that he may chose to pursue in the future.  Please do not hesitate to contact me if you have any questions.

To God The Glory,

Matthew Roy
mroy@horizonprep.org